THE HONORABLE ROSANNA MALOUF PETERSON

MICHAEL E. McFARLAND, JR. #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant Whitman County

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA ROCKNESS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RON ROCKNESS, an individual, WHITMAN COUNTY, a political subdivision of the State of Washington,<br><br>Defendants. | Case No. 2:21-cv-00153-RMP<br><br>DEFENDANT WHITMAN COUNT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT |

COMES NOW Defendant WHITMAN COUNTY, by and through its attorney of record, Michael E. McFarland, Jr. of Evans, Craven & Lackie, P.S., and enters this Answer to Plaintiff's Second Amended Complaint as follows:

**I.    PARTIES**

1.1    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 1.1 of Plaintiff's Second

Amended Complaint and therefore denies the same.

1.2    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 1.2 of Plaintiff's Second Amended Complaint and therefore denies the same.

1.3    This answering defendant admits the allegations contained in Paragraph 1.3 of Plaintiff's Second Amended Complaint.

## II.    JURISDICTION AND VENUE

2.1    This answering defendant admits the allegations contained in Paragraph 2.1 of Plaintiff's Second Amended Complaint.

2.2    This answering defendant admits that Plaintiff served notice of this claim to Whitman County on February 3, 2021.

## III.    FACTS

3.1    This answering defendant admits the allegations contained in Paragraph 3.1 of Plaintiff's Second Amended Complaint.

3.2    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.2 of Plaintiff's Second Amended Complaint and therefore denies the same.

3.3    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.3 of Plaintiff's Second

DEFENDANT WHITMAN COUNTY'S ANSWER TO
PLAINTIFF'S SECOND AMENDED COMPLAINT - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Amended Complaint and therefore denies the same.

3.4    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.4 of Plaintiff's Second Amended Complaint and therefore denies the same.

3.5    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.5 of Plaintiff's Second Amended Complaint and therefore denies the same.

3.6    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.6 of Plaintiff's Second Amended Complaint and therefore denies the same.

3.7    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.7 of Plaintiff's Second Amended Complaint and therefore denies the same.

3.8    This answering defendant admits the allegations contained in Paragraph 3.8 of Plaintiff's Second Amended Complaint.

3.9    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3.9 of Plaintiff's Second Amended Complaint and therefore denies the same.

3.10    This answering defendant denies the allegations contained in

DEFENDANT WHITMAN COUNTY'S ANSWER TO
PLAINTIFF'S SECOND AMENDED COMPLAINT - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Paragraph 3.10 of Plaintiff's Complaint.

## IV.    FIRST CAUSE OF ACTION – NEGLIGENCE

4.1    This answering defendant re-alleges and reincorporates the foregoing paragraphs as if fully set forth herein.

4.2    The allegations contained in Paragraph 4.2 of Plaintiff's Second Amended Complaint are not directed at this answering defendant and require no response. To the extent a response is required, this answering defendant denies all allegations of liability contained in Paragraph 4.2 of Plaintiff's Second Amended Complaint.

4.3    These answering defendants deny the allegations contained in Paragraph 4.3 of Plaintiff's Second Amended Complaint.

## V.    SECOND CAUSES OF ACTION – BATTERY AND ASSAULT

5.1    This answering defendant re-alleges and reincorporates the foregoing paragraphs as if fully set forth herein.

5.2    The allegations contained in Paragraph 5.2 of Plaintiff's Second Amended Complaint are not directed at this answering defendant and require no response. To the extent a response is required, this answering defendant denies all allegations of liability contained in Paragraph 5.2 of Plaintiff's Second Amended Complaint.

5.3     The allegations contained in Paragraph 5.3 of Plaintiff's Second Amended Complaint are not directed at this answering defendant and require no response. To the extent a response is required, this answering defendant denies all allegations of liability contained in Paragraph 5.3 of Plaintiff's Second Amended Complaint.

5.4     The allegations contained in Paragraph 5.4 of Plaintiff's Second Amended Complaint are not directed at this answering defendant and require no response. To the extent a response is required, this answering defendant denies all allegations of liability contained in Paragraph 5.4 of Plaintiff's Second Amended Complaint.

5.5     This answering defendant denies the allegations contained in Paragraph 5.5 of Plaintiff's Second Amended Complaint.

## VI.     THIRD CAUSE OF ACTION – OUTRAGE

6.1     This answering defendant re-alleges and reincorporates the foregoing paragraphs as if fully set forth herein.

6.2     The allegations contained in Paragraph 6.2 of Plaintiff's Second Amended Complaint are not directed at this answering defendant and require no response. To the extent a response is required, this answering defendant denies all allegations of liability contained in Paragraph 6.2 of Plaintiff's Second

Amended Complaint.

6.3    This answering defendant denies the allegations contained in Paragraph 6.3 of Plaintiff's Second Amended Complaint.

## VII.    FOURTH CAUSE OF ACTION – VIOLATION OF 42 U.S.C. § 1983: MUNICIPAL LIABILITY

7.1    This answering defendant re-alleges and reincorporates the foregoing paragraphs as if fully set forth herein.

7.2    This answering defendant denies the allegations contained in Paragraph 7.2 of Plaintiff's Second Amended Complaint.

7.3    This answering defendant denies the allegations contained in Paragraph 7.3 of Plaintiff's Second Amended Complaint.

## VIII.   PRAYER FOR RELIEF

This answering defendant denies all allegations of liability in this matter and therefore denies that Plaintiff is entitled to any recovery. This answering defendant further denies the existence, nature and extent of Plaintiff's claimed injuries and damages.

To the extent any allegation of Plaintiff's Second Amended Complaint has not been admitted, or a lack of information claimed, it is denied.

///

**JURY DEMAND**

In accordance with F.R.C.P and pursuant to the Seventh Amendment, this answering defendant hereby demands this matter appear before a jury.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Based upon information and belief, and subject to discovery, Plaintiff may have failed to mitigate her damages.

3. Based upon information and belief, and subject to discovery, Plaintiff's claimed injuries and damages may be the result of Plaintiff's own actions and inactions.

4. Plaintiffs' claimed injuries and damages, as alleged, were caused by the fault and/or intentional conduct of defendant Ron Rockness, which conduct cannot be attributed to Whitman County.

**DEFENDANTS' PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiff's Second Amended Complaint, this answering defendant requests that Judgment be entered against Plaintiff as follows:

1. Judgment dismissing Plaintiff's Complaint with prejudice;

2. Reasonable attorney fees and costs; and

DEFENDANT WHITMAN COUNTY'S ANSWER TO
PLAINTIFF'S SECOND AMENDED COMPLAINT - page 7

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

3. For such other and further relief as the Court deems equitable.

DATED this 17th day of May, 2021.

        EVANS, CRAVEN & LACKIE, P.S.

      By: *s/ Michael E. McFarland, Jr.*
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendant Whitman County

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Plaintiff**
Michael D. Myers
Samantha Lin
Myers & Company, P.L.L.C.
Email:     mmyers@myers-company.com
Email:     slin@myers-company.com
Email:     tpak@myers-company.com

**Counsel for Ron Rockness**
Roger Sandberg
Esser, Sandberg & Boyd, PLLC
Email:     roger@essersandberg.com
Email:     marina@essersandberg.com

        s/    Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendant Whitman County
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com