THE HONORABLE MARY K. DIMKE

MICHAEL E. McFARLAND, JR. #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant Whitman County

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA ROCKNESS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RON ROCKNESS, an individual, WHITMAN COUNTY, a political subdivision of the State of Washington,<br><br>Defendants. | Case No. 2:21-cv-00153-MKD<br><br>SETTLEMENT STATUS CERTIFICATE |

Pursuant to Paragraph 10 of the Court's Jury Trial Scheduling Order (ECF 0009), the parties submit the following Settlement Status Certificate.

Defendant Whitman County is **not** agreeable to scheduling a mediation with one of the Court's senior judges or full-time magistrates.

Plaintiff Barbara Rockness is willing to mediate with one of the Court's senior judges or full-time magistrates.

SETTLEMENT STATUS CERTIFICATE - page 1

Defendant Ron Rockness is willing to mediate with one of the Court's senior judges or full-time magistrates.

DATED this 31st day of May, 2022.

                        EVANS, CRAVEN & LACKIE, P.S.

              By:    *s/ Michael E. McFarland, Jr.*
                     MICHAEL E. McFARLAND, JR., #23000
                     Attorneys for Defendant Whitman County

                     MYERS & COMPANY, PLLC

              By:    *s/Samantha Lin*
                     MICHAEL DAVID MYERS, WSBA #22486
                     SAMANTHA LIN, WSBA No. 50782
                     Attorneys for Plaintiff

                     ESSER, SANDBERG & BOYD, PLLC

              By:    *s/Roger Sandberg*
                     ROGER SANDBERG, WSBA #39020
                     Attorneys for Defendant Ron Rockness

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**<u>Counsel for Plaintiff</u>**
Michael D. Myers
Samantha Lin
Myers & Company, P.L.L.C.
Email:		mmyers@myers-company.com
Email:		slin@myers-company.com
Email:		tpak@myers-company.com

**<u>Counsel for Ron Rockness</u>**
Roger Sandberg
Esser, Sandberg & Boyd, PLLC
Email:		roger@essersandberg.com
Email:		marina@essersandberg.com

  s/ Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendant Whitman County
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

SETTLEMENT STATUS CERTIFICATE - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632