THE HONORABLE MARY K. DIMKE

MICHAEL E. McFARLAND, JR. #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant Whitman County

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| BARBARA ROCKNESS, an individual, | |
|---|---|
| Plaintiff, | Case No. 2:21-cv-00153-MKD |
| vs. | |
| RON ROCKNESS, an individual, WHITMAN COUNTY, a political subdivision of the State of Washington, | SETTLEMENT STATUS CERTIFICATE |
| Defendants. | |

Pursuant to the Court's Order Granting Stipulated Motion to Amend Case Schedule and Amended Jury Trial Scheduling Order (ECF 26), the parties submit the following Settlement Status Certificate.

Defendant Whitman County is **not** agreeable to scheduling a mediation with one of the Court's senior judges or full-time magistrates.

Plaintiff Barbara Rockness is willing to mediate with one of the Court's senior judges or full-time magistrates.

SETTLEMENT STATUS CERTIFICATE - page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Defendant Ron Rockness is willing to mediate with one of the Court's senior judges or full-time magistrates.

DATED this 5th day of December, 2022.

                        EVANS, CRAVEN & LACKIE, P.S.

                By:    *s/ Michael E. McFarland, Jr.*
                        MICHAEL E. McFARLAND, JR., #23000
                        Attorneys for Defendant Whitman County

                        MYERS & COMPANY, PLLC

                By:    */s Samantha Lin*
                        MICHAEL DAVID MYERS, WSBA #22486
                        SAMANTHA LIN, WSBA No. 50782
                        Attorneys for Plaintiff

                        ESSER, SANDBERG & BOYD, PLLC

                By:    *s/ Roger Sandberg*
                        ROGER SANDBERG, WSBA #39020
                        Attorneys for Defendant Ron Rockness

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Plaintiff**
Michael D. Myers
Samantha Lin
Myers & Company, P.L.L.C.
Email:     mmyers@myers-company.com
Email:     slin@myers-company.com
Email:     tpak@myers-company.com

**Counsel for Ron Rockness**
Roger Sandberg
Esser, Sandberg & Boyd, PLLC
Email:     roger@essersandberg.com
Email:     marina@essersandberg.com


   s/     Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendant Whitman County
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com