AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BARBARA ROCKNESS, an individual

*Plaintiff*

v.

RON ROCKNESS, an individual; and WHITMAN COUNTY, a political subdivision of the State of Washington

*Defendant*

Civil Action No. 2:21-CV-00153-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Whitman County's Motion for Summary Judgment, ECF No. 10, is GRANTED. Pursuant to the court order at ECF No. 30, the remainder of the action is REMANDED to Whitman County Superior Court for further proceedings. Judgment is entered in favor of Whitman County as to Plaintiff's Section 1983 claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a motion for Summary Judgment.

Date: 3/29/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony

*(By) Deputy Clerk*

Brian Molony